# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CHARLES CAMERON COHEN,**

    **Plaintiff,**

v.                                                       **Case No. 4:18cv06-MW/CAS**

**DEPARTMENT OF THE TREASURY,**
**INTERNAL REVENUE SERVICE,**
**and JILL ALLEN,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 5, is **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on February 20, 2018.**

                                                      **s/Mark E. Walker           \_\_\_\_**
                                                      **United States District Judge**